IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JESSICA ROSE,                      )
                                   )   2:07-cv-000317-GEB-DAD
            Plaintiffs,            )
                                   )
      v.                           )   ORDER RE: SETTLEMENT
                                   )   AND DISPOSITION
THE MUNIRS COMPANY; MOHAMMED MUNIR;)
IHOP CORPORATION,                  )
                                   )
            Defendants.            )
                                   )
```

On January 27, 2009, parties filed a Notice of Settlement in which it states "this entire case has been settled." Therefore, a dispositional document shall be filed no later than February 16, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/ / /

/ / /

/ / /

/ / /

1

1    The trial scheduled for March 10, 2009, at 9:00 a.m. will remain on calendar in the event that no dispositional document is filed, or if this action is not otherwise dismissed.[1]  However, all filings in the Final Pretrial Order shall be filed ten court days before trial.

    IT IS SO ORDERED.

Dated:  February 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The trial will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket.  <u>Cf. Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).