1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  **MANOLO H. OLASO (SBN 195629)**
   1010 F Street, Suite 200
3  Sacramento, CA 95814
   Phone: (916) 444-5557
4  Fax: (916) 444-5558

5  Attorneys for Plaintiff Jessica Rose

6  **BASHAM PARKER LLP**
   **ALDEN J. PARKER (SBN 196808)**
7  555 University Ave., Suite 170
   Sacramento, California 95825
8  Phone: (916) 925-5850
   Fax No.: (916) 925-5854
9
10 Attorney for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ROSE, | Case No.: 2:07-CV-00317-GEB-DAD |
| Plaintiff, | **DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. | Complaint Filed: January 15, 2007 |
| THE MUNIRS COMPANY; MOHAMMAD MUNIR; IHOP Corporation; Does 1 through 50; | |
| Defendants. | Before The Honorable Garland E. Burrell, Jr. |

///

///

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1

Plaintiff and Defendants, by and through their attorneys whose signatures appear below, agree and stipulate to a request to extend the date by which dispositional documents must be filed. Said dispositional documents are currently due on February 16, 2009. In the parties' settlement agreement, Plaintiff had agreed to file a dismissal with prejudice after she received the settlement check. The check has not been received, but is expected no later than February 20, 2009. The parties request an extension to February 20, 2009 to file dispositional documents.

Dated: February 13, 2009        /s/ Manolo Olaso_____
                                MANOLO H. OLASO (SBN 195629)
                                Law Offices of Johnny L. Griffin III
                                Attorneys for Plaintiff JESSICA ROSE


Dated: February 13, 2009        /s/ Alden J. Parker_____
                                ALDEN J. PARKER (SBN 196808)
                                BASHAM PARKER LLP
                                Attorney for Defendants

                                **(e-signature authorized on February 13, 2009)**

**Since the above referenced date has passed, this action is dismissed without prejudice.**

**2/26/09**

_____
GARLAND E. BURRELL, JR.
United States District Judge